

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00809-CR

**EX PARTE** Jorge **GARCIA**

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2000CR5603W
Honorable Andrew Wyatt Carruthers, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the habeas court's order is AFFIRMED. Appellate counsel's motion to withdraw is GRANTED.

SIGNED July 1, 2015.

_____
Patricia O. Alvarez, Justice